UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-12214 JLT

JOSEPH SAMPSON, and PAMELA SAMPSON,

    Plaintiff

v.

TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,

    Defendants

MAGISTRATE JUDGE _____

NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Now come the defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Essex, where it is currently pending, based upon the following grounds:

1.    This is an action in which the plaintiffs allege in their Amended Complaint violations of their civil rights under the Fourteenth Amendments to the U.S. Constitution. The plaintiff seeks relief presumably pursuant to 42 U.S.C. §1983. See Amended Complaint, ¶¶ 23-25, attached to Plaintiffs' Opposition to Defendants' Motion to Dismiss, affixed hereto and incorporated by reference. The plaintiff also asserts state claims alleging interference with the enjoyment and exercise of his rights protected under the Massachusetts Constitution; and a claim

of negligence in approving the construction of a house and issuing a permit based on changed conditions without proper notification to the abutters. See Amended Complaint, ¶¶ 26-29, affixed hereto and incorporated by reference.

2.   This Court has jurisdiction over the plaintiffs' constitutional claims pursuant to 28 U.S.C. §1441.

3.   This Removal is timely, as the Amended Complaint was served upon the defendants on September 24, 2004.

4.   All defendants have consented to the removal of the matter to the United States District Court for the District of Massachusetts.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DEFENDANTS,

By their attorney,

George X. Pucci (BBO#555346)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

234461/SALI/0001

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____