UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. _____

04 - 12214 JLT

| | |
|---|---|
| JOSEPH SAMPSON, and PAMELA SAMPSON, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission, <br><br> Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as counsel for the defendants, Town of Salisbury, Michael Bask, in his capacity as Salisbury Town Manager and Ron Christ, in his capacity as Chairman of the Conservation Commission of the Town of Salisbury, in the above-referenced matter.

DEFENDANTS

By their attorney,

_____
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

234473/SALI/0001

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____