UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH AND PAMELA SAMPSON, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 04-12214-JLT |
| v. | * | |
| | * | |
| TOWN OF SALISBURY, MICHAEL BASK, in his capacity as Salisbury Town Manager, and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission, | * * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

April 5, 2005

TAURO, J.

After the Scheduling Conference held on April 5, 2005, this court hereby orders that:

1. Defendants may file a Motion to Dismiss by April 29, 2005;

2. Plaintiffs may respond to the abovementioned Motion by June 13, 2005; and

3. A Further Conference is scheduled for June 28, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge