UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. ~~04-10908-WGY~~
04-12214-JLT

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br><br>Defendants | DEFENDANTS' MOTION TO DISMISS COUNT III OF PLAINTIFFS' FIRST AMENDED COMPLAINT |

The defendants, Town of Salisbury (the "Town"), Michael Bask, in his capacity as Salisbury Town Manager (the "Town Manager"), and Ron Christ, in his capacity as Chairman of the Salisbury Conservation Commission (the "Commission Chairman"), move for dismissal of Count III of plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted. The grounds therefore are set forth in the within Memorandum of Reasons.

MEMORANDUM OF REASONS

1. This is an action for damages arising from the land use permitting process relating to a previously vacant lot located across the street from the plaintiffs' residence at 8 Wyman Greely Street, Salisbury, MA. See First Amended Complaint, paragraphs 6-7, 10. Specifically, the plaintiffs claim that the Town is liable in tort because it "negligently" issued a permit allowing construction of a house on the vacant lot across the street from their property "despite notice" that the lot was "unbuildable," and "despite

overwhelming civil, environmental, engineering, wetland and zoning evidence which raised serious safety and health concerns." First Amended Complaint, paragraph 29.

2. The plaintiffs' negligence action against the Town, the Town Manager, and the Commission Chairman, is governed exclusively by the provisions of the Massachusetts Tort Claims Act, G.L. c. 258, §1, et seq. See G.L. c 258, §2.

3. Section 10(e) of the Tort Claims Act bars: "any claim based upon the issuance [of] any permit, license, certificate, approval, order or similar authorization." See G.L. c. 258, §10(e). Plaintiffs' Count III, which seeks recovery based upon the Town's alleged negligence in issuing a permit allowing construction on the vacant lot across from the plaintiffs' property, falls squarely within the definition of Section 10(e) immunity and is thus barred.[1]

WHEREFORE, the defendants move for dismissal of Count III of plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted.

DEFENDANTS,

By their attorneys,

George X. Pucci (BBO #555346)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

250026/SALI/0106

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/29/05
G. facsimile and

---

[1] Additionally, if plaintiffs were aggrieved by the Conservation Commission's issuance of an Order of Conditions permitting construction on the lot under the State Wetlands Protection Act, they had an administrative remedy of appeal to the State Department of Environmental Protection. See G.L. c. 131, §40. Thus, Count III should also be dismissed for failure to exhaust administrative remedies.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908WGY

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (A)(2) |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that on April 29, 2005, he conferred with plaintiffs' counsel regarding Defendant's Motion to Dismiss Count III of Plaintiff's First Amended Complaint. Plaintiffs' counsel indicated that he opposed said motion.

DEFENDANTS,

By their attorneys,

_[signature]_

George X. Pucci (BBO #555346)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

250037/SALI/0106

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/29/05

_[signature]_