UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12214-JLT

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br><br>    Defendants | NOTICE OF APPEARANCE |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter our appearance as counsel for all defendants in the above-captioned action.

DEFENDANTS,

By their attorneys,

/s/Jackie Cowin
George X. Pucci (BBO# 555346)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

251053/SALI/0106