UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12214-JLT

JOSEPH AND PAMELA SAMPSON,

Plaintiffs

v.

TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,

Defendants

DEFENDANT TOWN OF SALISBURY'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now comes defendant Town of Salisbury and the undersigned counsel and hereby affirm that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Town of Salisbury
Through its Town Manager
Neil J. Harrington

COUNSEL TO DEFENDANT
TOWN OF SALISBURY,

Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

253921/SALI/0106