UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12214-JLT

JOSEPH AND PAMELA SAMPSON,

    Plaintiffs

v.

TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,

    Defendants

JOINT SCHEDULING STATEMENT

Pursuant to L.R. 16.1(D), counsel for the parties have conferred and state as follows:

I. PROPOSED SCHEDULING ORDER

The parties propose the following pre-trial schedule:

A. Depositions of fact witnesses to be completed by September 15, 2005.

B. Summary judgment motion to be filed by October 15, 2005.

II. CERTIFICATIONS

L.R. 16.1 certifications of conferral will be filed separately.

III. ALTERNATIVE DISPUTE RESOLUTION

The parties do not consider this case appropriate for alternative dispute resolution at this time.

IV. TRIAL BY MAGISTRATE

Defendant consents to trial by magistrate. Plaintiffs will inform the Court whether they consent to trial by magistrate at the July 5, 2005 Scheduling Conference.

V.    OTHER MATTERS

    A Partial Motion to Dismiss is pending.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/William Bowland/jc | /s/Jackie Cowin |
| William Bowland, Esq. | George X. Pucci (BBO# 555346) |
| Gleason Law Offices, P.C. | Jackie Cowin (BBO# 655880) |
| 163 Merrimack Street | Kopelman and Paige, P.C. |
| Haverhill, MA 01830 | 31 St. James Avenue |
|  | Boston, MA 02116 |
|  | (617) 556-0007 |

253934/SALI/0106