UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF SALISBURY, MICHAEL BASK, in his capacity as Salisbury Town Manager, and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br><br>    Defendants. | *<br>*<br>*<br>*   Civil Action No. 04-12214-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

<u>ORDER</u>

July 5, 2005

TAURO, J.

After the Scheduling Conference held on July 5, 2005, this court hereby orders that:

1. <u>Defendants' Motion to Dismiss Count III of Plaintiffs' First Amended Complaint</u> [#7] is ALLOWED as without opposition;

2. Defendants shall provide Plaintiffs with the permit documents requested in open court by July 19, 2005;

3. No additional discovery will be permitted without leave of this court;

4. By August 19, 2005, Plaintiffs shall inform Defendants and this court as to whether they will oppose a Motion for Summary Judgment;

5. If Plaintiffs will oppose such a motion, Defendants may file a Motion for Summary Judgment by September 2, 2005; and

6. Plaintiffs may respond by September 30, 2005.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge