U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON, )<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF SALISBURY, ET AL, )<br>      Defendants. ) | CIVIL ACTION NO.  04-12214-JLT |

## MOTION FOR MODIFICATION OF JULY 5, 2005 ORDER

  NOW COME the plaintiffs, through their counsel, and request this Honorable Court to Modify the July 5, 2005 Order of Judge Joseph L. Tauro by extending the date in which plaintiff shall inform defendants and the court their opposition to a Motion for Summary Judgment or to allow this Motion to be notice that the plaintiffs will oppose any filing of a Motion for Summary Judgment by the Defendants.

  AS REASON THEREFORE, plaintiffs' counsel incurred a clerical error on the marking of the August 19, 2005 date for notification to defendants and the court into counsel's diary. Upon counsel's review of the file, September 13, 2005, it was noticed that the notification date had passed and counsel immediately notified defendants' counsel of their opposition to any filing of a Summary Judgment Motion.  The plaintiffs also state that they have a meritorious claim and that defendants will not be prejudiced by the allowance of this motion.

  WHEREFORE, the plaintiffs request that the within Motion be allowed and that defendants hereby accept this document as Notice of Opposition to Filing of Summary Judgment.

Dated:  September 14, 2005

                RESPECTFULLY SUBMITTED
                FOR THE PLAINTIFFS
                BY THEIR ATTORNEY

                /s/ Scott F. Gleason
                _____
                Scott F. Gleason, Esquire
                GLEASON LAW OFFICES, P.C.
                163 Merrimack Street
                Haverhill, MA  01830
                (978) 521-4044
                B.B.O. Reg. #:  195000

CERTIFICATE OF SERVICE

    I, Scott F. Gleason, Esquire do hereby certify that I have this 14th day of September, 2005 faxed *(617-654-1735)* and mailed a copy of the within document, postage prepaid to: Jackie Cowin, Esquire of KOPELMAN AND PAIGE, P.C., 31 St. James Avenue, Boston, MA 02116.

/s/ Scott F. Gleason

Scott F. Gleason, Esquire

P:\ Clients \ Joseph Sampson \ Motion for Modification of July 5, 2005 Order.doc