UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12214-JLT

JOSEPH AND PAMELA SAMPSON,

      Plaintiffs

v.

TOWN OF SALISBURY and MICHAEL
BASK in his capacity as Salisbury Town
Manager and RON CHRIST, in his capacity as
Town of Salisbury Chairman of the
Conservation Commission,

      Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that she conferred with plaintiff's counsel regarding the Defendants' Motion for Summary Judgment by sending a facsimile regarding same.  No response was received.

                                      DEFENDANTS

                                      By their attorneys,

                                      /s/Jackie Cowin
                                      George X. Pucci (BBO# 555346)
                                      Jackie Cowin (BBO# 655880)
                                      Kopelman and Paige, P.C.
                                      31 St. James Avenue
                                      Boston, MA 02116
                                      (617) 556-0007

262905/SALI/0106