UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12214-JLT

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br><br>    Defendants | DEFENDANTS' MOTION<br><u>FOR SUMMARY JUDGMENT</u> |

      Now come the defendants, Town of Salisbury, Michael Bask, in his capacity as Salisbury Town Manager, and Ron Christ, in his capacity as Chairman of the Salisbury Conservation Commission (collectively, the "Town") and hereby move, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all counts set forth in the Complaint.

      As grounds therefor, the Town states that there exists no genuine issue as to any material fact, and that it is entitled to judgment in its favor as a matter of law. As further grounds therefor, the Town relies on the attached Local Rule 56.1 Statement of Material Facts of Record as to which There is No Genuine Issue to be Tried, and the attached supporting memorandum of law.

WHEREFORE, the Town respectfully requests that this Court enter judgment in its favor, dismissing the Complaint in its entirety.

        DEFENDANTS,

        By their attorneys,

        /s/Jackie Cowin
        George X. Pucci (BBO #555346)
        Jackie Cowin (BBO# 655880)
        Kopelman and Paige, P.C.
         Town Counsel
        31 St. James Avenue
        Boston, MA  02116
        (617) 556-0007

262897/SALI/0106