U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH AND PAMELA SAMPSON,    )
               Plaintiffs,    )
                        )
v.                         )        CIVIL ACTION NO.  04-12214-JLT
                        )
TOWN OF SALISBURY, ET AL,     )
              Defendants.   )

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR
PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Now come the plaintiffs and move this Honorable Court for an order enlarging the time in which the plaintiffs may file their opposition to defendant's summary judgment.

As reason therefore, plaintiffs' counsel has been unavailable due to heavy work load and court commitments which has caused some delay in his ability to adequately prepare said opposition.

The within motion has been assented to by the defendants and neither party will be prejudiced by this extension.

Wherefore, plaintiffs respectfully request that they be granted an enlargement of time of thirty (30) days or more to file their opposition

Dated:  November 10, 2005

 

Assented to:


___/s/ Jackie Cowin_____
Jackie Cowin, Esquire
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

RESPECTFULLY SUBMITTED
FOR THE PLAINTIFFS
BY THEIR ATTORNEY

___/s/ Scott F. Gleason_____
Scott F. Gleason, Esquire
Gleason Law Offices, P.C.
163 Merrimack Street
Haverhill, MA  01830
(978) 521-4044

CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire do hereby certify that I have this 10th day of November, 2005 faxed *(617-654-1735)* and mailed a copy of the within document, postage prepaid to:  Jackie Cowin, Esquire of KOPELMAN AND PAIGE, P.C., 31 St. James Avenue, Boston, MA 02116.

/s/ Scott F. Gleason

Scott F. Gleason, Esquire