UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,  )<br>                  Plaintiffs,   )<br>                                )<br>v.                                )       CIVIL ACTION NO.  04-12214-JLT<br>                                )<br>TOWN OF SALISBURY, ET AL,    )<br>                  Defendants.   ) | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the plaintiffs and move this Honorable Court for an order enlarging the time in which the plaintiffs may file their opposition to defendant's summary judgment which is due on December 16, 2005.

As reason therefore, due to the upcoming holidays and attorney vacations here in the office, plaintiffs' counsel has been unavailable due to heavy work load and court commitments which have caused a delay in his ability to adequately prepare said opposition.

The within motion has been assented to by the defendants and neither party will be prejudiced by this extension.

Wherefore, plaintiffs respectfully request that they be granted an enlargement of time of two weeks until December 30, 2005.

Dated:  December 13, 2005

Assented to:

   /s/ George X. Pucci
George X. Pucci, Esquire
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

RESPECTFULLY SUBMITTED
FOR THE PLAINTIFFS
BY THEIR ATTORNEY

   /s/ Scott F. Gleason
Scott F. Gleason, Esquire
Gleason Law Offices, P.C.
163 Merrimack Street
Haverhill, MA  01830
(978) 521-4044

CERTIFICATE OF SERVICE

  I, Scott F. Gleason, Esquire do hereby certify that I have this 13th day of December, 2005 faxed *(617-654-1735)* and mailed a copy of the within document, postage prepaid to: George X. Pucci, Esquire of KOPELMAN AND PAIGE, P.C., 31 St. James Avenue, Boston, MA 02116.

                /s/ Scott F. Gleason

                Scott F. Gleason, Esquire