UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,    ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | CIVIL ACTION NO.  04-12214-JLT |
| ) | |
| TOWN OF SALISBURY, ET AL,    ) | |
| Defendants.    ) | |

## PLAINTIFFS' REQUEST FOR HEARING

NOW COME the plaintiffs by and through their attorney and hereby request pursuant to L.R. 7.1(D) oral argument in the above-captioned matter.

Dated:  January 4, 2006

RESPECTFULLY SUBMITTED
FOR THE PLAINTIFFS
BY THEIR ATTORNEY

    /s/ Scott F. Gleason
Scott F. Gleason, Esquire
Gleason Law Offices, P.C.
163 Merrimack Street
Haverhill, MA  01830

CERTIFICATE OF SERVICE

    I, Scott F. Gleason, Esquire do hereby certify that I have this 4th day of January, 2006 forwarded a copy of the within document by way of electronic filing to Jackie Cowin, Esquire and George X. Pucci, Esquire of KOPELMAN AND PAIGE, P.C., 31 St. James Avenue, Boston, MA 02116.

                                                   /s/ Scott F. Gleason

                                                   Scott F. Gleason, Esquire