UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-12214-JLT

| | |
|---|---|
| JOSEPH AND PAMELA SAMPSON,<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TOWN OF SALISBURY and MICHAEL BASK in his capacity as Salisbury Town Manager and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED MOTION TO CONTINUE

NOW COME the plaintiffs, by and through their attorney and hereby move for this Honorable Court to continue the Motion For Summary Judgment hearing scheduled for April 19, 2006.

As reason therefore, counsel for the plaintiffs is unavailable. Counsel's brother, Captain Michael K. Gleason is being elevated to commanding Officer at the China Lake Naval Base in China Lake, California. The ceremony takes place on April 20, 2006. The entire Gleason Family is flying in to California for the ceremony and will be out of the State from Monday, April 19th to Saturday, April 22nd.

Dated: April 13, 2006

                                                RESPECTFULLY SUBMITTED
                                                FOR THE PLAINTIFFS
                                                BY THEIR ATTORNEY

                                                /s/Scott F. Gleason
                                                Scott F. Gleason, Esquire
                                                GLEASON LAW OFFICES, P.C.
                                                163 Merrimack Street
                                                Haverhill, MA 01830
                                                (978) 521-4044
                                                B.B.O. Reg. No. 195000

## CERTIFICATE OF SERVICE

     I, Scott F. Gleason, Esquire do hereby certify that I have this    13th    day of April , 2006 forwarded a copy of the Assented Motion To Continue, postage prepaid and electronic filing to: Jackie Cowin, Esquire, George X. Pucci, Esquire, KOPELMAN AND PAIGE, P.C.,  31 St. James Avenue, Boston, MA 02116-4102.

                                                /s/Scott F. Gleason
                                                Scott F. Gleason, Esquire