UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH AND PAMELA SAMPSON, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 04-12214-JLT |
| v. | * | |
| | * | |
| TOWN OF SALISBURY, MICHAEL BASK, in his capacity as Salisbury Town Manager, and RON CHRIST, in his capacity as Town of Salisbury Chairman of the Conservation Commission, | * * * * * | |
| | * | |
| Defendants. | * | |

ORDER

July 20, 2006

TAURO, J.

This court hereby orders that:

1. Defendants' Motion for Summary Judgment [# 18] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge