UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH and PAMELA SAMPSON,
   Plaintiffs,

v.                                    CA NO:04-12214-JLT

TOWN OF SALISBURY, MICHAEL BASK,
in his capacity as Salisbury Town Manager, and
RON CHRIST. In his capacity as Town of
Salisbury Chairman of the Conservation
Commission,
     Defendants.

## JUDGMENT

TAURO,D.J.

In accordance with the Court's ORDER of July 20,2006

GRANTING Defendant's Motion for Summary Judgment

in the above entitled action, is hereby ORDERED:

JUDGMENT FOR THE DEFENDANTS.

12/8/2006                                /S/

Zita Lovett,
Deputy Clerk

Date: August 8, 2005